UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,　　　　　　　　　　　　　Case No. 3:26-cr-65

vs.

DIONTRE MONTGOMERY, *et al.*,　　　　District Judge Michael J. Newman

     Defendants.

---

## ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY JULY 31, 2026

---

This case is before the Court following its Order granting the Government's unopposed motion for a protective order.  Doc. No. 44.  This case is currently in need of an updated timetable and procedures for pretrial disclosure.  Accordingly, the Court **REQUIRES** the parties to file a joint status report, including: (1) a Notice identifying the current Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a status report deadline, and a trial date, by **the close of business on July 31, 2026**.

    **IT IS SO ORDERED.**

July 24, 2026　　　　　　　　　　　　s/*Michael J. Newman*
　　　　　　　　　　　　　　　　　　Hon. Michael J. Newman
　　　　　　　　　　　　　　　　　　United States District Judge